# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS'** et al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 23 C 3848 |
| v. ) | |
| ) | Judge: GETTLEMAN |
| **EMERGIA INC.**, an Illinois corporation, ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT ORDER

This matter, having come to be heard on the Parties' Agreed Stipulation of Judgment, due notice having been given, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT**:

1. The Parties hereby agree and stipulate that the judgment shall be in favor of the Plaintiffs Funds and the Company in the amount of $175,842.83.

2. The parties further stipulate that the Company shall be ordered to pay post-judgment interest in all amounts due from the date of the judgment until the judgment is satisfied.

ENTER:

_____
Honorable Robert W Gettleman
United States District Court Judge

Dated: January 8, 2026