# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL PENSION FUND, ) <br> CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL WELFARE FUND, ) <br> CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL RETIREE HEALTH ) <br> AND WELFARE FUND, and CATHERINE ) <br> WENSKUS, not individually but as ) <br> Administrator of the Funds, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> EMERGIA INC., an Illinois corporation, ) <br> ) <br>     Defendant. ) | Case No. 23 C 3848 <br><br> Judge: GETTLEMAN |

## SUGGESTION OF BANKRUPTCY

NOW COMES, Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health & Welfare Fund, and Catherine Wenskus, hereby notifying the Court that the Defendant Emergia, Inc. filed Chapter 7 Bankruptcy Petition on February 25, 2026 and was assigned Case No. 26-bk-3300 in the Bankruptcy Court for the Northern District of Illinois, Eastern Division. Plaintiffs request that no further rulings be made on this case with respect to Defendant Emergia, Inc. pending disposition in the bankruptcy court.

March 3, 2026                              Respectfully submitted,

                                          Laborers' Pension Fund, et al.

                                          By: /s/ Patrick T. Wallace

Chicago & Vicinity Laborers'
11465 Cermak Rd.
Westchester, IL 60154
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused a copy of the foregoing Suggestion of Bankruptcy to be served upon the entity as identified below at the following address via U.S. Mail and email this 3rd day of March, 2026.

Todd A Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606

Emergia Inc.
Dominic Fiordirosa, Registered Agent
288 Woodside Dr
West Chicago, IL 60185
emergiallc@gmail.com

K-Five Construction Corp.
999 Oakmont Plaza
Westmont, IL 60559

St. Charles Bank & Trust Company N.A.
411 W Main Street
St. Charles, IL 60174

/s/ Patrick T. Wallace