


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' ) <br> DISTRICT COUNCIL PENSION FUND et al., ) <br> ) <br> Plaintiffs and Judgment Creditors, ) <br> ) <br> v. ) <br> ) <br> EMERGIA INC., an Illinois corporation, ) <br> ) <br> Defendants and Judgment Debtors, ) <br> and ) <br> ) <br> ST. CHARLES BANK & TRUST COMPANY ) <br> N.A. ) <br> ) <br> Third Party Citation Respondent. ) | Case No. 23 C 3848 <br> Judge: GETTLEMAN |

### ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT

\_\_\_\_St. Charles Bank and Trust\_\_\_\_, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I._____ Respondent has no property of the Defendant in its possession.

II._____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III.\_\_X\_\_\_ Respondent has property that belongs or may belong to the Defendant as follows:

| | | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|---|---|---|---|
| A) | Savings Account $ | 0.00 | 0.00 |
| B) | Checking and/or Now Account $ | 0.00 | 0.00 |
| C) | Certificate of Deposit $ | | |
| D) | Money Market Account $ | | |
| E) | Trust Account $ | | |
| F) | Wages, Salary or Commissions $ | | |
| G) | Safety Deposit Box | No | |
| H) | Land Trust No. | | |
| I) | Other Property (Describe) | | |

J) Additional Information Relating to Debtor's Property:

1. Adverse Claimant: Name_____ Address_____
2. Right of Set Off: Basis_____ Amount_____

3. Exemption: Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $ 0.00

According to the records maintained by the Respondent, the above information is correct as of this date_____03/05/26_____. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name___Kelvin Rivera___          /s/ Kelvin Rivera

Business Name___St. Charles Bank and Trust___   Agent for Respondent/Garnishee

Address_411 W Main St_

_____St. Charles, IL 60174_____

Phone__847-350-3830_

Fax ___224-537-1461_

**NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.**

ST. CHARLES BANK
& TRUST COMPANY®
A WINTRUST COMMUNITY BANK

411 West Main Street
St. Charles, Illinois 60174

WINTRUST
DIFFERENT APPROACH
BETTER RESULTS

CAROL STREAM IL 601
10 MAR 2026 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
US POSTAGE
03/10/2026   ZIP 60018
043M32206733

United States District Court of the Northern District
of Illinois, Eastern Division
219 S. Dearborn St., 20 Floor
Chicago, IL 60604

60604-189420

RECEIVED

MAR 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT