FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Secretary of State
Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
**ilsos**.gov



**FILED**

MAR 1 0 2026

ALEXI GIANNOULIAS
SECRETARY OF STATE

Payment must be made by check or money
order payable to Secretary of State.

**Filing Fee: $10**     File #: ___736 38488___     Approved: _____

———— Submit in duplicate ———— Type or Print clearly in black ink ———— Do not write above this line ————

1.  Title and Number of Case:

    ___Chicago & Vicinity Laborers'___     first named plaintiff     Number: ___23-cv-3848___
                    V.
    ___Emergia Inc.___     first named defendant

2.  Name of corporation being served: ___Emergia Inc.___

3.  Title of court in which an action, suit or proceeding has been commenced: ___Northern District of IL Eastern Division___

4.  Title of instrument being served: ___Citation to Discover Assets___

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☒  The corporation's registered agent cannot with reasonable diligence be found at the registered office of
           record in Illinois.

    b. ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐  The corporation was dissolved on _____ , _____ ; the conditions
                                            Month, Day                Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
           has affected the corporation within five years thereafter.

    d. ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

           _____ , _____ .
                Month, Day            Year

    e. ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
           contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
    or registered mail: ___288 Woodside Dr., West Chicago, IL 60185___

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    ___/s/ Patrick T. Wallace___          ___February 26,___          ___2026___
         Signature of Affiant                    Month, Day                 Year
                              ( __312__ )   __692-1540__
                                         Telephone Number

Return to (please type or print clearly):

    ___Patrick T. Wallace___
                Name
    ___11465 Cermak Rd.___
                Street
    ___Westchester, IL 60154___
        City/Town          State   ZIP
                Printed by authority of the State of Illinois. January 2023 — 1 — C 213.12