**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 23 C 3848** |
| **v.** | ) | |
| | ) | **Judge: GETTLEMAN** |
| **EMERGIA INC., an Illinois corporation,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR RULE SHOW CAUSE**

NOW COMES Plaintiffs, Chicago & Vicinity Laborers' District Council Pension, Welfare and Retiree Health and Welfare Fund and Catherine Wenskus, (collectively referred to hereinafter as the "Plaintiffs"), by and through their attorney, Patrick T, Wallace, and hereby move this Court to enter an Order directing Defendant, Emergia, Inc. (hereinafter "Company" or "Emergia"), by and through their attorney Todd A. Miller, to appear and show cause why the Company should not be held in contempt for transferring monies in violation of a Citation to Discover Assets and to impose all legal and equitable relief for any transfers in violation of the Citation. In support of this Motion, Plaintiffs state as follows:

1. The Court entered Judgment in favor of Plaintiffs and against the Company on January 8, 2026.

2. A Citation was issued to the Company on February 16, 2026 and served on the Company through the Illinois Secretary of State on March 10, 2026. See Docket Nos. 75 and 79.

3. The Company filed a Petition for Chapter 7 Bankruptcy on February 25, 2026. The Bankruptcy was closed and the matter dismissed on April 13, 2026. Accordingly, Plaintiffs are entitled to move forward on the Citation.

4. Plaintiffs have made numerous efforts to reschedule the citation including reaching out to counsel for the Company right before filing this Motion. Emergia has failed to submit to citation examination.

WHEREFORE, respectfully request that the Court order the Company, by and through Dominic Fiordirosa, the Company's owner and President, to appear and show cause why the Company should not be held in contempt for complying with the Citation. Plaintiffs further request that the Court award all legal and equitable relief warranted including their fees and costs in bringing this Motion.

Respectfully submitted,

October 28, 2026

Laborers' Pension Fund, et al.

By: /s/ Patrick T. Wallace

Office of Fund Counsel
11465 W. Cermak Road
Westchester, IL 60154
(708) 562-0200 Ext. 351

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Rule to Show Cause to be served upon the following persons via the Courts electronic notification system, this 28th day of October, 2026.

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*
Chicago, IL 60606

/s/ Patrick T. Wallace