**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:23−cv−03848
Honorable Robert W. Gettleman

Emergia, Inc.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 11, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: At the parties' request, the briefing schedule on plaintiffs' Motion for rule to show cause [80] entered on 10/30/2026 [81] is stricken. The parties are directed to file a joint status report on or before 12/18/2026, that includes whether the motion [80] is withdrawn or sets forth a proposed briefing schedule. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.